# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Norfolk Division

| | | |
|---|---|---|
| Shawn Jamison Butler | ) | Case No. _____ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- | ) | |
| Wells Fargo Home Mortgage | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shawn Jamison Butler |
| Street Address | 1418 Teton Circle |
| City and County | Suffolk |
| State and Zip Code | Virginia 23435 |
| Telephone Number | 804-201-5189 |
| E-mail Address | Shawnjamisonbutler@gmail.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Wells Fargo Home Mortgage |
| Job or Title (if known) | N/A |
| Street Address | PO Box 10335 |
| City and County | Des Moines |
| State and Zip Code | Iowa 50306-0335 |
| Telephone Number | 1-800-869-3557 |
| E-mail Address (if known) | N/A |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 15 USC 1692b(1)(2)(3)(4)(5); Title15 USC 1692c(a)1)(b); Title15 USC 1692d(1)(2)(3)(5); Title 15 USC 1692e(4)(5)(7)(8)(10); Title 15 USC 1692f(1)(6)A,B,C,) (7)(8); Title 15 USC 1692g(a) 1,2,5); Title 15 USC 1692j (a)(b)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Wells Fargo Home Mortgage as a debt collector by definition Voilated my consumer rights under the FDCPA specifically Title 15 USC 1692 by:
1. Telling experian that I allegedly owed a debt and other credit reporting agencies
2. Communicated with them more than once and myself.
3. Communicated using post card to my dwelling with symbols on their envelopes that I find harrassing
4. Sending mail and calling at inconvenient times disrupting my families mood
5. Threatened to foreclose my home, and send notices posted on my door on when to vacate my premises
6. Due to stress I lost my job and my family.
7. I had my car repossessed and forced to move out of my dwelling

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. I lost my Job at Newport News Shipbuilding due to stress in the home, where I was making close to $42,000 a year and it's been 9 years since Wells Fargo Home Mortgage "Debt Collector" violated Federal law in which I would have made $378,000 without overtime.
2. I lost my family due to stress of finances so that caused a separation and emotional damage to my children and now ex-fiancé at the cost of $500,000,000.
3. Each violation of Federal law mentioned above is $1,000 per violation which equals a total of $26,000
4. My attorney fee of $100,000
5. Case Reference: Hernandez, et al. v. Wells Fargo Bank NA, et al., Case No. 3:18-cv-07354, in the U.S. District Court for the Northern District of California where class members will receive a share of $13.575 million. As well as the amount my property was worth $135,874.
6. Failure to comply with remedy and sending unwanted mail to my dwelling! 15 USC 1692c -$1,000
The remedy comes to a total of $502,640,874 (five hundred two million six hundred forty thousand eight hundred seventy-four US Dollars)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/25/2021

Signature of Plaintiff

Printed Name of Plaintiff  Shawn Jamison Butler

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address  _____



# INFORMATION FORM

## NOTICE:
(03/27/20)

- In conjunction with General Order 2020-08 re: COVID-19, the Clerk's office counters are closed to the public until further notice to minimize personal interactions.

- The public may use the drop box during hours when the court is closed but the buildings are open to the public.

- Clerk's Office staff retrieve documents from the drop boxes at 9:00 a.m. each day that the court is open.

Date: 04-9-21

Case Name (if applicable): _____

Case Number(s) (if applicable): _____

---

Company/Firm: _____

Name/Contact: Shawn Butler

Address: 1418 Teton Circle

City, State, Zip: Suffolk, VA 23435

Phone: 804-201-5189

Email Address: Shawnjamisonbutler@gmail.com

CHECK/MONEY ORDER ENCLOSED  Yes ✓  No ____  (CASH NOT ACCEPTED)

---

- **IMPORTANT** - Before placing your filing in the drop box, please ensure the following:
    - ✓ Case number and caption clearly identified on document(s).
    - ✓ Documents have been signed.
    - ✓ If documents are being filed by pro se litigant, please complete and sign the form titled: Local Rule 83.1(M) Certification and submit with your document(s).

- **QUESTIONS? Please use provided drop box telephone to call**
    - ✓ Richmond – 804-916-2220
    - ✓ Alexandria – 703-299-2100
    - ✓ Norfolk/Newport News - 757-222-7201